S. Christian Stouder (Bar No. 149821)
Krsto Mijanovic (Bar No. 205060)
Annette F. Mijanovic (Bar No. 264638)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
JAMES C. MORRIS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALFREDO PAEZ, an individual;<br>MARCO PAEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. MORRIS, an individual;<br>SHANTAVIA THOMAS, an individual; WATSON DIXON, an individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-05784-ABC (VBKx)<br><br>**[PROPOSED]** JUDGMENT OF DISMISSAL<br><br>Complaint Filed: August 9, 2013 |
|---|---|

On October 16, 2013, defendant James C. Morris ("Defendant") filed a Motion to Dismiss ("Motion," docket no. 9). In light of Plaintiff's failure to oppose Defendant's Motion – which the Court construed as consent to granting the Motion – and the merits of the Motion as to all defendants, the Court granted the Motion on November 1, 2013 and vacated the November 18, 2013 hearing (docket no. 12).

///
///
///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LP09-0000050
9964990.1

Case No. 2:13-cv-05784-ABC (VBKx)
JUDGMENT OF DISMISSAL

1

1     IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that JUDGMENT OF DISMISSAL is entered, with prejudice, against plaintiffs ALFREDO PAEZ, an individual, and MARCO PAEZ, in individual, and in favor of defendants JAMES C. MORRIS, an individual, SHANTAVIA THOMAS, an individual, and WATSON DIXON, an individual.

    IT IS SO ORDERED.

Dated: November 21, 2013

                                      *Audrey B. Collins*
                                      Hon. Audrey B. Collins
                                      Judge, United States District Court

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LP09-0000050
9964990.1

2

Case No. 2:13-cv-05784-ABC (VBKx)
JUDGMENT OF DISMISSAL